WILLIAM WARWICK, appellant,

v.

ELIZA A. DANSER, respondent.

Mr. M. Beasley, jun., for appellant.

Mr. C. Robbins, for respondent.

PER. CURIAM.

This decree unanimously affirmed, for the reasons given by Vice-Chancellor Van Fleet in *Danser* v. *Warwick, 6 Stew. Eq. 133.*